UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
NANA QUEENIE LAWRENCE AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

                                      Plaintiff,

    -against-

A. MASKELL D.D.S AND S. MASKELL D.D.S., P.C.,
AND 722 BROADWAY, LLC

                                      Defendants.
-------------------------------------------------------------------- X

Docket No. 1:23-cv-01261-NGG-TAM

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE, that the undersigned, attorneys of record for the Plaintiff in the above-captioned action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all the claims asserted or could have been asserted in the above-captioned action and same are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: Syosset, NY 11791
       March 7, 2023

**BELL LAW GROUP, PLLC**

By: _____
    Daniel Johnston
    *Attorneys for Plaintiff*
    116 Jackson Blvd.
    Syosset, New York 11791
    (516) 280-3008
    DJ@BellLG.com

**So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 3/7/23

1